**Cindy Cummings, CSR**
*Official Court Reporter - 433rd District Court*
*150 N. Seguin, Suite 317*
*New Braunfels, Texas 78130*
*(830) 221-1279*

---

**September 10, 2015**

Mr. Jeffrey D. Kyle, Clerk
Third District Court of Appeals
Price Daniel Sr. Building
209 W. 14th Street, Room 101
Austin, Texas 78701

RE:　Trial Court Cause Number:　C2013-1445C
　　　Court of Appeals Number :　03-15-00522-CV

　　　Michael W. Schuetz, et al
　　　v.
　　　Source One Mortgage Services

Dear Mr. Kyle

I am the official court reporter charged with the responsibility of preparing the Reporter's Record in the above-styled and numbered cause for filing in the Third Court of Appeals.　I am in receipt of a notice of appeal from the Comal County District Clerk's Office.　However, I have checked with appellant's counsel, Mr. Stephen Casey through his assistant, who informed me that a Reporter's Record was not being requested.

Please advise should further action be required on my part.　Thank you for your attention to this matter.

Respectfully yours,

Cindy Cummings